UNITED STATES of America, Plaintiff-Appellee,

v.

Richard Dwight BERNARD, Defendant-Appellant.

No. 17-6225

United States Court of Appeals, Fourth Circuit.

Submitted: July 18, 2017

Decided: July 21, 2017

Richard Dwight Bernard, Appellant Pro Se. Olivia L. Norman, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Dwight Bernard appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bernard*, No. 3:03-cr-00420-JRS-3 (E.D. Va. Jan. 30, 2017). We deny Bernard's motion for an enlargement of time to appeal as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED*